```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

TISHAWANA TERRY,

       Plaintiff,

v.                                          Civil Action No. 5:15CV115
                                                                   (STAMP)
ZANESVILLE WELFARE ORGANIZATION
and GOODWILL INDUSTRIES, INC.,

       Defendant.

## ORDER OF DISMISSAL

      Pursuant to a mediation conference report filed in the above-styled civil action, this Court has been advised that the matters in controversy have been compromised and settled.  Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.  Accordingly, any pending motions are DENIED AS MOOT.

      The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

      IT IS SO ORDERED.

      The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:      August 15, 2016

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE